UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. DR. DAVID ZIELINSKI, )<br>  )<br>  Plaintiffs/Relator, )<br>  )<br>v. )<br>  )<br>PRESIDENT AND FELLOWS OF HARVARD )<br>COLLEGE and DR. LEE NADLER, )<br>  )<br>  Defendants. ) | Civil Action No.<br>1:24-CV-10667 |

## DECLARATION OF ANDREW J. O'CONNOR

I, Andrew J. O'Connor, hereby declare:

1. I am an attorney at the law firm of Ropes & Gray LLP and counsel for Defendants President and Fellows of Harvard College and Dr. Lee Nadler ("Defendants").

2. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Relator's Complaint filed with the Court contemporaneously herewith.

3. Attached hereto as Exhibit 1 are excerpts from the Harvard Clinical and Translational Science Center's application for the UL1TR001102 grant for the period from July 1, 2013 through June 30, 2018, dated January 4, 2013.

4. Attached hereto as Exhibit 2 are excerpts from the Harvard Clinical and Translational Science Center's Year 1 Research Performance Progress Report for the UL1TR001102 grant for the reporting period of September 26, 2013 through April 30, 2014, dated February 26, 2014.

5. Attached hereto as Exhibit 3 are excerpts from the Harvard Clinical and Translational Science Center's Year 2 Research Performance Progress Report for the

-2-

UL1TR001102 grant for the reporting period of May 1, 2014 through April 30, 2015, dated February 27, 2015.

6. Attached hereto as Exhibit 4 are excerpts from the Harvard Clinical and Translational Science Center's Year 3 Research Performance Progress Report for the UL1TR001102 grant for the reporting period of May 1, 2015 through April 30, 2016, dated February 29, 2016.

7. Attached hereto as Exhibit 5 are excerpts from the Harvard Clinical and Translational Science Center's application for the UL1TR002541 grant for the period from May 1, 2018 through April 30, 2023, dated May 25, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Award for the UL1TR002541 grant awarded by the National Institutes of Health to fund the Harvard Clinical and Translational Science Center for the budget period of May 1, 2018 through April 30, 2019, dated April 19, 2018.

9. Attached hereto as Exhibit 7 are excerpts from the Harvard Clinical and Translational Science Center's Year 1 Research Performance Progress Report for the UL1TR002541 grant for the reporting period of May 1, 2018 through April 30, 2019, dated February 28, 2019.

10. Attached hereto as Exhibit 8 are excerpts from the Harvard Clinical and Translational Science Center's Year 2 Research Performance Progress Report for the UL1TR002541 grant for the reporting period of May 1, 2019 through April 30, 2020, dated February 28, 2020.

11. Attached hereto as Exhibit 9 are excerpts from the Harvard Clinical and Translational Science Center's Year 3 Research Performance Progress Report for the

UL1TR002541 grant for the reporting period of May 1, 2020 through April 30, 2021, dated March 12, 2021.

12. Attached hereto as Exhibit 10 is a true and correct copy of the National Institutes of Health's Grants Policy Statement dated April 2024, and publicly available at https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2025                                  Respectfully submitted,

*/s/ Andrew J. O'Connor*
Andrew J. O'Connor (BBO# 672960)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
andrew.oconnor@ropesgray.com

*Counsel for Defendants*

-4-

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on November 25, 2025.

Date: November 25, 2025            */s/ Andrew J. O'Connor*
                                                Andrew J. O'Connor