# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. DR. DAVID ZIELINSKI, | ) | |
| | ) | |
| Plaintiffs/Relator, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:24-CV-10667 |
| PRESIDENT AND FELLOWS OF HARVARD | ) | |
| COLLEGE and DR. LEE NADLER, | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

As required by Local Rule 16.1(d)(3), counsel for Defendant President and Fellows of Harvard College ("Defendant") hereby certify and affirm that Defendant and Defendant's counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: August 13, 2026

Respectfully submitted,

By: */s/Kristen Perriello*
Kristen Perriello
University Attorney for
Harvard University

*/s/ John P. Bueker*
John P. Bueker (BBO# 636435)
Andrew J. O'Connor (BBO# 672960)
Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
john.bueker@ropesgray.com
andrew.oconnor@ropesgray.com
elena.davis@ropesgray.com

2

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on August, 13, 2026.


Date: August 13, 2026                     */s/ John P. Bueker*
                                          John P. Bueker

3